UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, ) | |
| Secretary of Labor, ) | |
| United States Department of Labor ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 3:15-cv-00079 |
| VIC INTERNATIONAL CORPORATION, ) | |
| VIC INTERATIONAL 401 (K) PROFIT ) | |
| SHARING PLAN. JAMES VICTOR GREEN, ) | |
| KELLY MILLIGAN, AND PAUL KELLEY, ) | |
| INDIVIDUALLY, ) | |
| ) | |
| ) | |
| Defendants, ) | |

# NOTICE OF APPEARANCE

Comes now Joanna R. O'Hagan and the law firm Quist, Cone & Fisher, PLLC, 2121 First Tennessee Plaza, Knoxville, Tennessee 37929-2121, (865) 524-1873, and hereby enter an appearance as counsel for the Defendant Kelly Milligan in the above-captioned litigation. All pleadings and notices and other documents sought to be served upon Defendant Milligan are hereby requested to be served upon Joanna R. O'Hagan, as counsel of record for the Defendant Milligan and mailed to Quist, Cone & Fisher, PLLC, 2121 First Tennessee Plaza, Knoxville, TN 37929-2121.

DATED: May 15, 2015.

1

By: /s/ Joanna R. O'Hagan

Joanna R. O'Hagan
Quist, Cone & Fisher Attorneys, PLLC
 2121 First Tennessee Plaza
 Knoxville, TN 37929-2121
(865) 524-1873
johagan@qcflaw.com
*Attorney for Kelly Milligan*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    Robert M. Lewis
    Sophia E. Haynes
    Office of the Solicitor
    U.S. Department of Labor
    61 Forsyth Street, S.W.
    Room 7T10
    Atlanta, GA 30303
    Telephone: (404) 302-5463
    Facsimile: (404) 302-5438
    Email: Lewis.robert@dol.gov
           Haynes.Sophia@dol.gov
            ATL.FEDCOURT@dol.gov

By: /s/ Joanna R. O'Hagan