UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THOMAS E. PEREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-79-PLR-CCS |
| | ) | |
| VIC INTERNATIONAL CORPORATION, INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral of the District Judge.

Now before the Court are: Motion for the Appointment of a Receiver and Stay of Certain Proceedings [Doc. 17], filed by Kelly Milligan and Paul Kelley, and Motion to Set Aside Default Judgment Against Defendant James Victor Greene [Doc. 30], filed by Mr. Greene. On October 5, 2015, the Court conducted an initial hearing on these motions. At that time, the parties agreed that an evidentiary hearing on these motions should be set for November 17, 2015, and the Clerk of Court sent notice setting such hearing. On November 16, 2015, counsel for the Plaintiff contacted the Court and advised that the parties had resolved all of the issues before the Court. Based upon this representation and at the request of the parties, the Court cancelled the hearing scheduled to take place the following day.

The Motion for Appointment of Successor Fiduciary was filed approximately four months ago. The Court finds that both it and the Motion to Set Aside Default Judgment should

be resolved as soon as possible. Accordingly, the parties are **ORDERED** to file a stipulation reflecting their agreement and resolving the pending motions and/or this case as a whole on or before **December 11, 2015**.

    **IT IS SO ORDERED.**

                        ENTER:

                                s/ C. Clifford Shirley, Jr.
                            United States Magistrate Judge